UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO HIRSCH MERHEJ ET AL.<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>I.C.S. INTERNATIONAL CUSTODY SYSTEM INC. ET AL.<br><br>　　　　　　　　　　　Defendant. | Index No. 13 Civ. 869 (JGK)<br><br>**NOTICE OF APPEARANCE AND STIPULATION** |

　　　　ALEJANDRO GIL, one of the defendants herein, hereby appears in this action by his attorneys Anderson Kill & Olick, P.C., acknowledges that he has been served with a copy of the summons and complaint herein, and stipulates with plaintiffs to extend his time to move or answer through April 5, 2013.

Dated:   March 11, 2013

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Jeffrey E. Glen

　　　　　　　　　　　ANDERSON KILL & OLICK, P.C.
　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　Telephone:  212-278-1000

　　　　　　　　　　　*Attorneys for: Defendant Alejandro Gil*

　　　　　　　　　　　_____
　　　　　　　　　　　Troy Selvaratnam

　　　　　　　　　　　Selvaratnam Law Office, PLLC
　　　　　　　　　　　233 Broadway, Suite 2208
　　　　　　　　　　　New York, NY 10279

　　　　　　　　　　　*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

nydocs1-1006035.1

3/14/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/14/13