Koeltl, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO HIRSCH MERHEJ, ET AL.

                          Plaintiffs,

vs.

I.C.S. INTERNATIONAL CUSTODY SYSTEM INC., ET AL.

                          Defendants.

13
Index No. 13 Civ. 869 (JGK)

**STIPULATION**

The parties hereby stipulate that the time for defendant ALEJANDRO GIL to move or answer, previously extended by stipulation through April 5, 2013, is further extended through April 10, 2013.

Dated: April 4, 2013

By: _____
Jeffrey E. Glen

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

*Attorneys for Defendant Alejandro Gil*

_____
Troy Selvaratnam

Selvaratnam Law Office, PLLC
233 Broadway, Suite 2208
New York, NY 10279
Telephone: 917-498-6485

*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-5-13

SO ORDERED:

_____
4/4/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-5-13