UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

FERNANDO HIRSCH MERHEJ and
KARIFER MERCANTILE E AGRÍCOLA EIRELI,

                          Plaintiffs,

   - against -

I.C.S. INTERNATIONAL CUSTODY SYSTEM
INC., ABC CORPORATIONS 1-50, ALEJANDRO
GIL and JOHN DOES 1-50,

                         Defendants.

---------------------------------x

13 Civ. 0869 (JGK)

**CLERK OF COURT'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 6, 2013, with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant International Custody System Inc. ("ICS") by serving Alejandro Gil, an agent authorized by appointment to receive service for ICS, on February 11, 2013, and proof of such service thereof was filed on February 15, 2013.

     I further certify that the docket entries indicate that Defendant ICS has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant ICS is hereby noted.

Dated: April 16, 2013
       New York, New York

                                       **RUBY J. KRAJICK**
                                       Clerk of Court

                                       By: _____