UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO HIRSCH MERHEJ and KARIFER MERCANTILE E AGRICOLA EIRELI,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>I.C.S. INTERNATIONAL CUSTODY SYSTEM INC., ABC CORPORATIONS 1-50, ALEJANDRO GIL, and JOHN DOES 1-50,<br>　　　　　　　　　Defendants. | Index No.  13 CV 0869 (JGK)<br><br>**MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that upon the Complaint heretofore filed herein, and the accompanying Memorandum of Law signed by Jeffrey E. Glen, attorney for Defendant Alejandro Gil, Defendant Gil will move this Court before the Honorable John G. Koeltl at the United States Courthouse, 500 Pearl Street, New York, NY  10007 at a time and date to be set by the Court or as soon thereafter as counsel can be heard, for an Order dismissing the Complaint pursuant to Federal Rules of Civil Procedure Rules 9(b) and 12(b)(6), and for such other and further relieve as the Court deems just.

Dated: New York, New York
　　　　April 19, 2013

　　　　　　　　　　　　　　　　　　ANDERSON KILL & OLICK, P.C.

　　　　　　　　　　　　　　　　　　By: /s/ _____
　　　　　　　　　　　　　　　　　　　Jeffrey E. Glen (JG-8277)
　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York  10020
　　　　　　　　　　　　　　　　　　　(212) 278-1000
　　　　　　　　　　　　　　　　　　　jglen@andersonkill.com