USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/22/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNANDO HIRSCH MERHEJ and KARIFER MERCANTILE E AGRICOLA EIRELI,

Plaintiffs,

vs.

I.C.S. INTERNATIONAL CUSTODY SYSTEM INC., ABC CORPORATIONS 1-50, ALEJANDRO GIL, and JOHN DOES 1-50,

Defendants.

Index No. 13 CV 0869 (JGK)

**STIPULATION**

---

Plaintiffs, through their attorneys Selvaratnam Law Office, PLLC, and Defendant Alejandro Gil, through his attorneys Anderson Kill & Olick PC, stipulate as follows:

1. Defendant Gil shall serve and file his motion to dismiss the Complaint on or before April 19, 2013.

2. Plaintiffs will serve and file their answering papers on or before May 20, 2013.

3. Defendant Gil will serve and file his reply papers on or before June 10, 2013.

4. If Plaintiffs elect to amend their Complaint, they shall do so on or before May 20, 2013, in which case the motion to dismiss shall be deemed moot and

withdrawn, and Defendant Gil shall serve and file his answer or motion addressed to the amended Complaint on or before June 20, 2013.

By: _____
Jeffrey E. Glen

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

*Attorneys for: Defendant Alejandro Gil*

_____
Troy Selvaratnam

Selvaratnam Law Office, PLLC
233 Broadway, Suite 2208
New York, NY 10279

*Attorneys for Plaintiffs*

SO ORDERED:

/s/ John G. Koeltl
4/19/13