Troy Selvaratnam, Esq.
SELVARATNAM LAW OFFICE, PLLC
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej and*
*Karifer Mercantile e Agrícola Eireli*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| FERNANDO HIRSCH MERHEJ and KARIFER MERCANTILE E AGRÍCOLA EIRELI, | : : : : : : : : : : : : : | 13 Civ. 0869 (JGK) **MOTION TO WITHDRAW MOTION FOR A DEFAULT JUDGMENT** |
| Plaintiffs, | | |
| - against - | | |
| I.C.S. INTERNATIONAL CUSTODY SYSTEM INC., ABC CORPORATIONS 1-50, ALEJANDRO GIL and JOHN DOES 1-50, | | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Plaintiffs Fernando Hirsch Merhej and Karifer Mercantile e Agrícola Eireli hereby move to withdraw their motion for a default judgment (the "Motion") against Defendant International Custody System Inc. (the "Defaulting Defendant"), dated April 25, 2013; the declaration of Troy Selvaratnam in support of the Motion (the "Declaration"), dated April 25, 2013; and the attachments and exhibits submitted in connection with the Motion and the Declaration. Plaintiffs make this Motion in order to submit an Order to Show Cause for Default Judgment against the Defaulting Defendant in accordance with the Default Judgment Procedures before the Honorable John G. Koeltl.

Dated: New York, New York
May 7, 2013

                                SELVARATNAM LAW OFFICE, PLLC

By: _____
Troy Selvaratnam (TS-1972)
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej and Karifer Mercantile e Agrícola Eireli*

- 2 -