Troy Selvaratnam, Esq.
SELVARATNAM LAW OFFICE, PLLC
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej and
Karifer Mercantile e Agrícola Eireli*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/8/13

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FERNANDO HIRSCH MERHEJ and
KARIFER MERCANTILE E AGRÍCOLA EIRELI,

          Plaintiffs,

- against -

I.C.S. INTERNATIONAL CUSTODY SYSTEM
INC., ABC CORPORATIONS 1-50, ALEJANDRO
GIL and JOHN DOES 1-50,

          Defendants.

------------------------------------X

13 Civ. 0869 (JGK)

**MOTION TO WITHDRAW MOTION FOR A DEFAULT JUDGMENT**

Plaintiffs Fernando Hirsch Merhej and Karifer Mercantile e Agrícola Eireli hereby move to withdraw their motion for a default judgment (the "Motion") against Defendant International Custody System Inc. (the "Defaulting Defendant"), dated April 25, 2013; the declaration of Troy Selvaratnam in support of the Motion (the "Declaration"), dated April 25, 2013; and the attachments and exhibits submitted in connection with the Motion and the Declaration. Plaintiffs make this Motion in order to submit an Order to Show Cause for Default Judgment against the Defaulting Defendant in accordance with the Default Judgment Procedures before the Honorable John G. Koeltl.

**APPLICATION GRANTED
SO ORDERED**

5/7/13

John G. Koeltl, U.S.D.J.

Dated: New York, New York
      May 7, 2013

                                     SELVARATNAM LAW OFFICE, PLLC

                                     By: _____
                                     Troy Selvaratnam (TS-1972)
                                     233 Broadway, Suite 2208
                                     New York, NY 10279
                                     Tel: (917) 408-6485
                                     Fax: (646) 219-2814
                                     *Attorneys for Plaintiffs Fernando Hirsch Merhej*
                                     *and Karifer Mercantile e Agrícola Eireli*