Troy Selvaratnam, Esq.
SELVARATNAM LAW OFFICE, PLLC
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej and*
*Karifer Mercantile e Agrícola Eireli*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
FERNANDO HIRSCH MERHEJ and                         :       13 Civ. 0869 (JGK)
KARIFER MERCANTILE E AGRÍCOLA EIRELI,              :
:              **AFFIDAVIT OF SERVICE**
                                  *Plaintiffs*,    :
:
           - against -                             :
:
I.C.S. INTERNATIONAL CUSTODY SYSTEM                :
INC., ABC CORPORATIONS 1-50, ALEJANDRO             :
GIL and JOHN DOES 1-50,                            :
:
                                  Defendants.      :
------------------------------------X

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

  Troy Selvaratnam, being duly sworn, deposes and states:

  1. On May 7, 2013, I served Defendant Alejandro Gil, by express delivery service, true and correct copies of the **Order to Show Cause for Default Judgment**, dated May 7, 2013, and **Affidavit of Troy Selvaratnam for Judgment by Default**, dated May 7, 2013, in the above captioned action, upon the attorneys of record at the below-indicated address, in the manner so indicated:

**BY FEDEX**

Jeffrey E. Glen
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-278-1009

4.      On May 7, 2013, I deposited copies of the above-referenced documents in a sealed, properly addressed envelope into the custody of express delivery service Federal Express for priority delivery, prior to the latest time designated by the delivery service for priority delivery, addressed to the above-referenced addressee.

_____
Troy Selvaratnam

Sworn to before me
this 13th day of May, 2013

_____
Notary Public

DESIREE M. PALMIERI
Notary Public State of New York
No. 01PA6028597
Qualified in Kings County
Commission Expires August 2, 2013

2