Troy Selvaratnam, Esq.
SELVARATNAM LAW OFFICE, PLLC
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej and*
*Karifer Mercantile e Agrícola Eireli*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FERNANDO HIRSCH MERHEJ and
KARIFER MERCANTILE E AGRÍCOLA EIRELI,

                Plaintiffs,

- against -

I.C.S. INTERNATIONAL CUSTODY SYSTEM
INC., ABC CORPORATIONS 1-50, ALEJANDRO
GIL and JOHN DOES 1-50,

                Defendants.

------------------------------------X

13 Civ. 0869 (JGK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

      Troy Selvaratnam, being duly sworn, deposes and states:

      1.    On May 7, 2013, I served Defendant I.C.S. International Custody System Inc. ("ICS"), by express delivery service, true and correct copies of the **Order to Show Cause for Default Judgment**, dated May 7, 2013, **Affidavit of Troy Selvaratnam for Judgment by Default**, dated May 7, 2013, and **Motion to Withdraw Motion for a Default Judgment**, dated May 7, 2013, in the above captioned action, at the last known business address of Defendant, in the manner so indicated:

**BY FEDEX**

INTERNATIONAL CUSTODY SYSTEM INC.
501 Madison Avenue, Suite 201
New York, NY 10022
Tel: 212-759-8300

3.	On May 7, 2013, I deposited copies of the above-referenced documents in a sealed, properly addressed envelope into the custody of express delivery service Federal Express for priority delivery, prior to the latest time designated by the delivery service for priority delivery, addressed to the above-referenced addressee.

4.	On May 8, 2013, Federal Express contacted me to inform me that when they tried to deliver the envelope at the above-indicated address, they were informed that ICS had closed its office, notwithstanding the fact that the New York State Division of Corporations still lists that address as ICS's registered address and that on February 11, 2013, Mr. Alejandro Gil accepted service of the Summons and Complaint in this action on behalf of ICS at that address.

5.	On May 8, 2013, I re-deposited copies of the above-referenced documents in a sealed, properly addressed envelope into the custody of express delivery service Federal Express for priority delivery, prior to the latest time designated by the delivery service for priority delivery, addressed to ICS at the above-indicated address, but this time to Mr. Alejandro Gil's attention. Federal Express has confirmed that the envelope was delivered to the above-indicated address.

_____
Troy Selvaratnam

Sworn to before me
This 13th day of May, 2013

_____
Notary Public

DESIREE M. FA....
Notary Public State of New Yo...
No. 01PA6028597
Qualified in Kings County
Commission Expires A...st 2, 2013

2