```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/20/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNANDO HIRSCH MERHEJ ET AL.,

            Plaintiffs,      13 Civ. 869 (JGK)

   - against -              ORDER

I.C.S. INTERNATIONAL CUSTODY SYSTEM,
INC. ET AL.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff is entitled to a default judgment against the I.C.S. International Custody System, Inc. defendant. This case has been referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.
Dated:   New York, New York
        May 17, 2013

                                      John G. Koeltl
                             United States District Judge