UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___5/20/13___

               X

FERNANDO HIRSCH MERHEJ ET AL.,

                Plaintiffs,

      - against –

I.C.S. INTERNATIONAL CUSTODY SYSTEM,
INC.  ET AL.

              Defendants.

------------------------------------------------------------------  X

**13 Civ. 869 (JGK) (FM)**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose:

\_\_\_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_   Specific Non-Dispositive Motion/Dispute:\*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____

\_\_\_   Settlement\*

\_X\_   Inquest After Default/Damages Hearing

\_\_\_   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_   Habeas Corpus

\_\_\_   Social Security

\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: \_\_\_\_

**SO ORDERED.**

DATED:    New York, New York
           May 17, 2013

                    _____
                        **John G. Koeltl**
                   **United States District Judge**

\* Do not check if already referred for general pretrial.