USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/17/2013_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FERNANDO HIRSCH MERHEJ and           :
KARIFER MERCANTILE E AGRÍCOLA EIRELI, :
                                     :
                        Plaintiffs,  :
                                     :
            - against -              :
                                     :
I.C.S. INTERNATIONAL CUSTODY SYSTEM  :
INC., ABC CORPORATIONS 1-50, ALEJANDRO :
GIL and JOHN DOES 1-50,              :
                                     :
                        Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13 Civ. 0869 (JGK)

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

## ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT

Upon the application of Plaintiffs Fernando Hirsch Merhej and Karifer Mercantile

e Agrícola Eireli, by and through their attorneys Selvaratnam Law Office, PLLC, the Affidavit of

Troy Selvaratnam sworn to on May 7, 2013, the Clerk's Certificate of Ruby Krajick certified on

April 16, 2013, and the exhibits attached thereto, it is hereby:

ORDERED that International Custody System Inc. (the "Defendant") show cause

before the Honorable John G. Koetl, United States District Judge, United States District Court

for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New

York, NY, at Room 12B on _May 17_, 2013, at _2 30 P.M._ o'clock thereof, or as soon after as

counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal

Rules of Civil Procedure.

The Defendant is advised that failure to respond to the Order to Show Cause may

be grounds for the granting of a default judgment against it, in which event the Defendant will

have no trial. *Any responsive papers must be served*

*and filed by May 15, 2013.*

*This Order to Show Cause and Supporting papers must be served on the Defaulting Defendant and Defendant Gil by May 8, 2013*

Plaintiffs shall file proof of service of this Order to Show Cause by *May 15, 2013.*

SO ORDERED

_____
United States District Judge

*New York, New York*
*May 7, 2013*
*at 11 AM.*

-2-