Troy Selvaratnam, Esq.
SELVARATNAM LAW OFFICE, PLLC
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej and
Karifer Mercantile e Agrícola Eireli*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/21/13

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

FERNANDO HIRSCH MERHEJ and
KARIFER MERCANTILE E AGRÍCOLA EIRELI,

                Plaintiffs,

- against -

I.C.S. INTERNATIONAL CUSTODY SYSTEM
INC., ABC CORPORATIONS 1-50, ALEJANDRO
GIL and JOHN DOES 1-50,

                Defendants.

----------------------------------------X

13 Civ. 0869 (JGK)

**NOTICE OF DISMISSAL**

PLAINTIFFS, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action against Defendant Alejandro Gil.

Dated: New York, New York
        May 20, 2013

**SO ORDERED:**

_____
U.S.D.J.
5/21/2013

SELVARATNAM LAW OFFICE, PLLC

By:_____
Troy Selvaratnam (TS-1972)
233 Broadway, Suite 2208
New York, NY 10279
Tel: (917) 408-6485
Fax: (646) 219-2814
*Attorneys for Plaintiffs Fernando Hirsch Merhej
and Karifer Mercantile e Agrícola Eireli*

The Clerk is directed to close Docket No. 11. The motion to dismiss is denied without prejudice as moot. 5/21/13 So ordered. /s/ JGK USDJ