USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/11/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNANDO HIRSCH MERHEJ, ET AL.,

                Plaintiffs,

   - against -

I.C.S. INTERNATIONAL CUSTODY SYSTEM INC., ET AL.,

                Defendants.

---

13 Civ. 869 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Maas, dated January 9, 2014, following an inquest on damages after this Court indicated that the plaintiffs were entitled to a default judgment against Defendant I.C.S. International Custody System Inc. No objections have been filed to the Report and Recommendation and the time for filing such objections has passed. In any event, the Court finds that the Report and Recommendation are well reasoned and correct. The Court therefore adopts the Report and Recommendation.

    The Clerk is directed to **enter judgment in favor of the plaintiffs and against Defendant I.C.S. International Custody System Inc. in the amount of $256,859.95.** Post-judgment interest will accrue from the date of the judgment.

The clerk is also directed to **close this case** and to **close all pending motions.**

SO ORDERED.

Dated:    New York, New York
           March 10, 2014

                                            John G. Koeltl
                                        **United States District Judge**